# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19-CR-1116-DMS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT DISMISSING THE INFORMATION AS TO DEFENDANT GUEVARA FLORES WITHOUT PREJUDICE** |
| FRANCISCO GUEVARA FLORES (1), | |
| Defendant. | |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Information in this case as to Defendant Guevara Flores is hereby dismissed without prejudice.

Dated: May 2, 2019

_____
Hon. Dana M. Sabraw
United States District Judge